TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

********************************

UNITED STATES

-v.-

VLADIMIR KUZNETSOV

19-M-690
Docket Number

********************************

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: AUSA Jonathan Algor
Firm Name: USAO-EDNY
Address:____

Phone Number: (718)254-6248
E-Mail Address: jonathan.algor@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ____ NO ✓

**If yes, state description of document to be entered on docket sheet:**

____

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:____
Judge/Magistrate Judge:____
Date Entered:____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

ongoing investigation

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn, NEW YORK
August 1, 2019 /s/ SLT

**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE August 1, 2019
DATE

**MANDATORY CERTIFICATION OF SERVICE:**

**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:______; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

August 1, 2019
DATE

[signature]
SIGNATURE