# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Robert Levy          DATE:   11/21/19

DOCKET NUMBER:   19-690M          LOG #:   3:23- 3:32pm

DEFENDANT'S NAME:   **Vladimir Kuznetsov**
   _X_ Present   ___ Not Present   ___ Custody   _X_ Bail

DEFENSE COUNSEL:   Igor B. Litvak
   ___ Federal Defender   ___ CJA   _X_ Retained

A.U.S.A:   Devon Lash for Jonathan Algor          CLERK:   E. Williams

INTERPRETER:   Yana Agoureev   (Language)   Russian

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____   Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued.   Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_✓_ Order of Excludable Delay/Speedy Trial entered.   Start 11/22/19   Stop 1/7/20
___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____